■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ABREU, Appellant. [899 NYS2d 604]—Judgment, Supreme Court, New York County (Bonnie G. Wittner, J.), rendered February 10, 2009, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him to a term of one year, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's determinations concerning credibility. We do not find the police testimony to be implausible or materially inconsistent. Concur—Gonzalez, P.J., Tom, Renwick, DeGrasse and Abdus-Salaam, JJ.